## In re James W. STEVENS

[534 A.2d 212]

No. 87-346

September 8, 1987. The resignation of Attorney James W. Stevens from the Bar of the Vermont Supreme Court is accepted subject to the terms and conditions of A.O. 9, § 14. Judgment that

634

James W. Stevens is removed from the office of attorney and counsellor at law, and his name is stricken from the rolls.

James W. Stevens is reminded that he must comply with A.O. 9, § 16.